*March 9, 1937.*

ESTATE OF BRUSSE: BRUSSE, Appellant, vs. BRUSSE and another, Executors, Respondents.

For the appellant: *Oscar L. Wolters* and *Clayton A. Cramer,* both of Sheboygan.

For the respondents: *Buchen & Federer* of Sheboygan.

*By the Court.*—Judgment affirmed.

MAUTZ and another, Respondents, vs. BAGLEY and others, Appellants.

For the appellants: *Bagley, Spohn, Ross & Stevens* of Madison.

For the respondents: *Olin & Butler* and *Clifford G. Mathys,* all of Madison.

*By the Court.*—Judgment affirmed.

. LUDWIG, Executor, Respondent, vs. DOERN and others, Appellants.

For the appellants: *Kohlmann & Fritz,* attorneys, and *Carl H. Juergens* of counsel, all of Milwaukee.

For the respondent: *Carl J. Ludwig* of Milwaukee.

*By the Court.*—Judgment affirmed.